*E-Filed 06/18/2010*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PROFESSIONAL CONSTRUCTION GROUP, | No. C 10-00952 RS |
| Plaintiff, | |
| v. | **ORDER** |
| PROFESSIONAL CONTRACTOR SERVICES, INC., | |
| Defendant. / | |

Pursuant to Civil Local Rule 73-1(b), plaintiff and defendant have submitted written consent to Magistrate Jurisdiction. Accordingly, all hearings and deadlines currently scheduled before this Court are vacated and the instant case is referred to a Magistrate Judge sitting in San Francisco for all further proceedings.

**IT IS SO ORDERED.**

Dated: 06/18/2010

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE