1  Garret D. Murai, (Bar No. 215667)
   **WENDEL, ROSEN, BLACK & DEAN LLP**
2  1111 Broadway, 24th Floor
   Oakland, California  94607-4036
3  Telephone: (510) 834-6600
   Facsimile: (510) 834-1928
4  Email: gmurai@wendel.com

5  Attorneys for Plaintiff
   PROFESSIONAL CONSTRUCTION GROUP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PROFESSIONAL CONSTRUCTION GROUP, a California corporation, doing business as PAVER PRO,<br><br>Plaintiff,<br><br>vs.<br><br>PROFESSIONAL CONTRACTOR SERVICES, INC., a California corporation, doing business as PRO PAVERSTONE,<br><br>Defendant. | Case No.  CV 10-00952 EMC<br><br>**STIPULATION OF  DISMISSAL**<br><br><br><br>Action Filed:   March 5, 2010<br>Trial Date:     None |

*STIPULATION OF DISMISSAL  - Case No. C10-00952 EMC*

016006.0005\1678454.1

Plaintiff PROFESSIONAL CONSTRUCTION GROUP doing business as PAVER PRO and Defendant PROFESSIONAL CONTRACTOR SERVICES, INC. doing business as PRO PAVERSTONE, by and through their attorneys of record, stipulate that the above-captioned action be and hereby is dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Dated: October 20, 2010

**WENDEL, ROSEN, BLACK & DEAN LLP**

By: /s/ *Garret D. Murai*
Garret D. Murai
Attorneys for Plaintiff
PROFESSIONAL CONSTRUCTION GROUP

Dated: October 20, 2010

**LAW OFFICES OF RICHARD MAC BRIDE**

By: /s/ *Richard MacBride*
Richard MacBride
Attorneys for Defendant
PROFESSIONAL CONTRACTOR SERVICES, INC.

IT IS SO ORDERED:

_____
Edward M. Chen
U.S. Magistrate Judge

IT IS SO ORDERED
Judge Edward M. Chen